United States District Court
Southern District of Texas
**ENTERED**
October 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| QUINTEN WEST, § | |
|     Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-02754 |
| § | |
| CAPITAL ONE, *et al.*, § | |
|     Defendants. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On August 16, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Yvonne Y. Ho under 28 U.S.C. § 636(b)(1). (Dkt. 6). Judge Ho filed a *Memorandum and Recommendation* on August 26, 2025, recommending that Plaintiff Quinten West's claims against Defendant Transworld Systems, Inc. should be dismissed with prejudice. (Dkt. 44).

No objections have been filed to *the Memorandum and Recommendation*. Accordingly, the Court reviews *the Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

    (1)    Judge Ho's *Memorandum and Recommendation* (Dkt. 44) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

    (2)    This case is **DISMISSED without PREJUDICE.**

It is so **ORDERED**.

SIGNED at Houston, Texas on October 24, 2025.

                                                                    GEORGE C. HANKS, JR.
                                                    UNITED STATES DISTRICT JUDGE